UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DWAIN EVANS TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:21-cv-00170-AKK-HNJ ) |
| STATE OF ALABAMA DOC, | ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

On June 17, 2021, the Magistrate Judge entered a report and recommendation that the plaintiff's claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 11). The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days. (Doc. 11 at 16-17). That time limitations has expired without the court receiving any objections to the report and recommendation from the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is due to be **ADOPTED** and the recommendation is **ACCEPTED**. The court shall **DISMISS** this action **WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** the 9th day of July, 2021.

                                                **ABDUL K. KALLON**
                                                UNITED STATES DISTRICT JUDGE